UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD DOMINGUEZ, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff<br><br>v.<br><br>UAL CORPORATION and UNITED AIRLINES, INC.,<br><br>Defendants. | No. 07-cv-418 RJL |

### DECLARATION IN SUPPORT OF SERVICE OF SUMMONS

I, Roy A. Katriel, declare:

1. On March 2, 2007, I personally served a true and correct Summons and copies of the filed Complaint in the above-entitled action on each of the named defendants in this action by serving their Registered Agent in the District of Columbia, the Corporation Service Company, located at 1090 Vermont Avenue, N.W. Suite 430 in Washington, D.C. 20005. The Summons and Complaint for each defendant was left with Ms. Tracey J. Butler, Customer Service Associate at the Corporation Service Company at then foregoing address.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of March in Washington, District of Columbia.

Roy A. Katriel
THE KATRIEL LAW FIRM
1101 30th Street, NW Suite 500
Washington, D.C. 20007