**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

RICHARD DOMINGUEZ, on behalf of
himself and all others similarly situated,

                         Plaintiff,

v.

UAL CORPORATION                             Civil Action No. 1:07CV00418 (RJL)
1200 East Algonquin Road
Elk Grove Township, Illinois  60007

and

UNITED AIR LINES, INC.
1200 East Algonquin Road
Elk Grove Township, Illinois  60007,

                       Defendants.

**UNITED'S UNOPPOSED MOTION FOR AN EXTENSION**
**OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND**

Pursuant to Local Rule 7.1(a), Defendants UAL Corporation and United Air Lines, Inc. (collectively, "United") respectfully request that this Court enter an order granting United an additional 30 days, up to and including April 23, 2007, to answer, move, or otherwise respond to the Complaint in this matter.  Plaintiff Richard Dominguez does not object to the granting of this relief.  In support of this motion, United states:

       1.      The Complaint in this matter, filed in this Court on March 2, 2007, seeks relief against United on behalf of a putative class for an allegedly anticompetitive and unlawful bar on the resale of airline tickets in violation of Sections 1 and 2 of the Sherman Act, 15 U.S.C. §§ 1, 2.  The Complaint also brings a count on behalf of this putative class against United for common law unjust enrichment.

2.      United was served with the Complaint on March 2, 2007.  Pursuant to Fed. R. Civ. P. 12(a)(1)(A), United must answer, move, or otherwise respond to the Complaint within 20 days of service.

3.      Due to the complexity of the issues raised by the Complaint, United seeks a 30-day extension of time to answer, move, or otherwise respond to the Complaint.  This is the first extension of time requested by either party.

4.      Counsel for United has communicated with counsel for Plaintiff on this matter, and has been advised and is authorized to represent to this Court that Plaintiff Richard Dominguez has no objection to this motion.

5.      The granting of this motion will not affect any previously scheduled deadlines and will not result in prejudice to either party.

WHEREFORE, United respectfully requests that this Court enter an order granting United up to and including April 23, 2007, to answer, move, or otherwise respond to the Complaint.  A proposed order is attached hereto.

Respectfully submitted,

UNITED AIR LINES, INC. and UAL CORP.

Dated: March 15, 2007

/s/  Richard J. Favretto
Richard J. Favretto (#156588)
John Roberti (#76397) (*)
MAYER, BROWN, ROWE AND MAW, LLP
1909 K Street, NW
Washington, DC  20006
T:  (202) 263-3000
F:  (202) 263-3300

*Attorneys for Defendants UAL Corp. and United Air Lines, Inc.*

*Admission pending

## CERTIFICATE OF SERVICE

I, John Roberti, an attorney, certify that on March 15, 2007, I caused true and correct

copies of **UNITED'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO**

**ANSWER, MOVE, OR OTHERWISE RESPOND** and **PROPOSED ORDER** to be filed

with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic

filing to the following counsel who has registered for receipt of documents filed in this matter:

Roy A. Katriel
THE KATRIEL LAW FIRM
1101 30th Street, NW
Suite 500
Washington, DC  20007
(202) 625-4342

In addition, on this same date, I caused the above-mentioned motion and proposed order

to be served upon the following counsel of record via overnight delivery:

Gary B. Friedman
Tracey Kitzman
FRIEDMAN LAW GROUP, LLP
270 Lafayette Street, 14th Floor
New York, NY  10012
(212) 680-5150

/s/ John Roberti
John Roberti

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RICHARD DOMINGUEZ, on behalf of himself and all others similarly situated, | |
| Plaintiff, | |
| v. | |
| UAL CORPORATION<br>1200 East Algonquin Road<br>Elk Grove Township, Illinois  60007 | Civil Action No. 1:07CV00418 (RJL) |
| and | |
| UNITED AIR LINES, INC.<br>1200 East Algonquin Road<br>Elk Grove Township, Illinois  60007, | |
| Defendants. | |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that Defendants' Motion for an Extension of Time to

Answer, Move, or Otherwise Respond is GRANTED.

IT IS FURTHER ORDERED that Defendants answer, move, or otherwise respond to the

Complaint in this matter on or before April 23, 2007.

_____
The Honorable Richard J. Leon

Dated this ___day of March, 2007

**PARTIES TO BE NOTIFIED**

Roy A. Katriel
The Katriel Law Firm, PLLC
1101 30th Street, NW
Suite 500
Washington, D.C. 20007-3772

Gary B. Friedman
Tracey Kitzman
Friedman Law Group, L.L.P.
270 Lafayette Street, 14th Floor
New York, NY 10012