**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RICHARD DOMINGUEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UAL CORPORATION<br>1200 East Algonquin Road<br>Elk Grove Township, Illinois  60007<br><br>and<br><br>UNITED AIR LINES, INC.<br>1200 East Algonquin Road<br>Elk Grove Township, Illinois  60007,<br><br>Defendants. | Civil Action: No. 1:07CV00418 (RJL) |

### DEFENDANTS' DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Local Civil Rule 7.1, the undersigned counsel of record for UAL Corporation and United Air Lines, Inc., certify that to the best of our knowledge and belief, the following are parent companies, subsidiaries or affiliates of UAL Corporation and United Air Lines, Inc. which have outstanding securities in the hands of the public.

UAL Corporation is a publicly-held company that does not have a parent company.  No publicly-held company owns 10 percent or more of the stock of UAL Corporation.

UAL Corporation is the parent company of United Air Lines, Inc.  UAL Corporation owns 100 percent of the stock of United Air Lines, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

/s/ Richard J. Favretto
Richard J. Favretto (#156588)
John Roberti (#76397)
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, NW
Washington, D.C. 20006
Tel.: (202) 263-3000
Fax: (202) 263-3300

## **CERTIFICATE OF SERVICE**

I, Holly H. Daee, an attorney, certify that on April 23, 2007, I caused true and correct copies of **DEFENDANTS' DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS** to be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel who has registered for receipt of documents filed in this matter:

Roy A. Katriel
THE KATRIEL LAW FIRM
1101 30th Street, NW
Suite 500
Washington, DC  20007
(202) 625-4342

In addition, on this same date, I caused the above-mentioned motion, memorandum, and proposed order to be served upon the following counsel of record via overnight delivery:

Gary B. Friedman
Tracey Kitzman
FRIEDMAN LAW GROUP, LLP
270 Lafayette Street, 14th Floor
New York, NY  10012
(212) 680-5150

/s/ Holly H. Daee
Holly H. Daee

**PARTIES TO BE NOTIFIED**

Roy A. Katriel
THE KATRIEL LAW FIRM, PLLC
1101 30th Street, NW
Suite 500
Washington, D.C. 20007-3772

Gary B. Friedman
Tracey Kitzman
FRIEDMAN LAW GROUP, L.L.P.
270 Lafayette Street, 14th Floor
New York, NY 10012