UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD DOMINGUEZ, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>UAL CORPORATION,<br><br>and<br><br>UNITED AIR LINES, INC.<br><br>Defendants. | Civil Action No. 07-cv-418 |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINES FOR FILING OPPOSITION AND REPLY BRIEFS TO DEFENDANTS' MOTION TO DISMISS CLASS ACTION COMPLAINT**

Pursuant to Paragraph 6 of this Court's March 5, 2007 Standing Case Management Order, Plaintiff Richard Dominguez ("Plaintiff"), by and through his undersigned counsel, respectfully requests that this Court enter an order granting Plaintiff an additional seven (7) days, up to and including May 11, 2007, to respond to Defendants UAL Corporation's and United Air Lines, Inc's (collectively "Defendants") Motion to Dismiss that was filed on April 23, 2007. The parties also request that, in light of this request for an extension, Defendants be granted an additional six (6) days, up to and

including May 24, 2007, to file any Reply in support of their Motion to Dismiss the Class Action Complaint. Defendants do not object to the granting of this relief, and Plaintiff has never before requested any extension of time from this Court. In support of this motion, Plaintiff states:

1. The Complaint in this matter was filed and served on March 2, 2007. It seeks relief against Defendants on behalf of a putative class for an allegedly anticompetitive bar on the resale of Defendants' airline tickets in violation of Sections 1 and 2 of the Sherman Act, and the common law of unjust enrichment.

2. Defendants' response to the Complaint was due on March 22, 2007, but Defendants timely requested, and Plaintiff did not oppose, a thirty (30) day extension of Defendants' deadline to respond to the Complaint. On March 20, 2007, by Minute Order, the Court granted Defendants' Unopposed Motion For An Extension of Time To Answer, Move, Or Otherwise Respond to the Class Action Complaint, thereby making Defendants' response to the Complaint due on April 23, 2007. Defendants timely filed their Motion to Dismiss the Class Action Complaint on April 23, 2007.

3. Under the Local Rules of this Court, Plaintiff must file any Opposition to Defendants' Motion to Dismiss within 11 days of the filing of the motion, which corresponds to May 4, 2007.

4. Because Plaintiff's lead counsel is scheduled to attend a mediation session in New York during the week ending on May 4, 2007, and due to the complexity of the issues raised by the parties' filings, Plaintiff seeks a seven (7) day extension, up to and including May 11, 2007, to file his Opposition. This is the first extension of time requested by Plaintiff in any proceeding in this action, and it is unopposed by Defendants.

5.  If this request were granted, any Reply to be filed by Defendants in support of their Motion to Dismiss would be due by May 18, 2007. As a result of this extension request to file Plaintiff's Opposition, however, Defendants similarly request a corresponding six (6) day extension, up to and including May 24, 2007, to file any Reply brief in support of their Motion to Dismiss. Plaintiff does not oppose this corresponding request. Aside from Defendants' original request to extend the time to respond to the Complaint, Defendants have not sought any other extension of time from this Court.

6.  There are no calendared Court proceedings or deadlines set in this case, such that granting this Unopposed Motion would not delay or affect any other previously scheduled deadlines, and will not result in prejudice to either party.

Dated: April 27, 2007


_____/s/\_Roy A. Katriel_____
Roy A. Katriel, Esq. (D.C. Bar No. 460840)
THE KATRIEL LAW FIRM
1101 30th Street, NW  Suite 500
Washington, DC 20007
Telephone: (202) 625-4342
Facsimile:  (202) 330-5593

Counsel for Plaintiff


Additional Counsel for Plaintiffs
Gary B. Friedman, Esq. (*pro hac vice* application to be filed)
Tracey Kitzman, Esq.
Friedman Law Group, L.L.P..
270 Lafayette Street, 14th Floor
New York, NY 10012
Telephone: (212) 680-5150

3

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD DOMINGUEZ, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br>v.<br><br>UAL CORPORATION,<br><br>and<br><br>UNITED AIRLINES, INC.<br><br>Defendants. | Civil Action No. 07-cv-418 |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINES FOR FILING OPPOSITION AND REPLY BRIEFS TO DEFENDANTS' MOTION TO DISMISS CLASS ACTION COMPLAINT**

IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Extend Deadlines for Filing Opposition and Reply Briefs to Defendants' Motion to Dismiss Class Action Complaint is hereby GRANTED;

IT IS FURTHER ORDERED that Plaintiff's Opposition to the Motion to Dismiss the Class Action Complaint is due on or before May 11, 2007; and, Defendants' Reply brief in support of their Motion to Dismiss the Class Action Complaint is due on or before May 24, 2007.

**IT IS SO ORDERED.**

Dated: _____, 2007

_____
Hon. Richard J. Leon
United States District Judge

## PARTIES TO BE NOTIFIED

Roy A. Katriel
The Katriel Law Firm
1101 30th Street, N.W. Suite 500
Washington, DC 20007
*Counsel for Plaintiff*

Gary B. Friedman (pro hac vice application to be filed)
Friedman Law Group, L.L.P.
270 Lafayette Street, 14th Floor
New York, NY 10012
*Co-counsel for Plaintiff*


Richard J. Favretto
John Roberti
Mayer, Brown, Rowe and Maw, L.LP.
1909 K Street, N.W.
Washington, DC 20006
*Counsel for Defendants*