# United States District Court
# For the District of Columbia

**RECEIVED**
MAY - 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dominguez

        Plaintiff(s)  )
                            )  **APPEARANCE**
                            )
            vs.                  )  CASE NUMBER   07-CV00418 RJL
UAL Corporation et al  )
United Air Lines  )
        Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of __John Roberti__ as counsel in this
                                   (Attorney's Name)

case for: __UAL Corporation et al (United Air Lines)__
                        (Name of party or parties)

May 9, 2007
Date

*/s/ John Roberti*
Signature

495718
BAR IDENTIFICATION

John Roberti
Print Name

1909 K St NW
Address

Washington, DC 20006
City    State    Zip Code

(202) 263-3428
Phone Number