IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD DOMINGUEZ, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>        Plaintiff,<br>  v.<br><br>UAL CORPORATION,<br><br>and<br><br>UNITED AIRLINES, INC.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **Civil Action No. 07-CV-418**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PARTIES' JOINT PROPOSED SCHEDULING ORDER**

    Pursuant to this Court's Minute Order dated June 20, 2007, the parties to the above-entitled action, by and through their undersigned counsel, hereby submit the attached Joint Proposed Scheduling Order.

Dated:  June 27, 2007

                                        Respectfully submitted,

                                        _____/s/_____
                                        Richard J. Favretto (156588)
                                        John Roberti (495718)
                                        Mayer, Brown, Rowe & Maw LLP
                                        1909 K St., NW
                                        Washington, D.C. 20006
                                        (202) 263-3000
                                        *Counsel for Defendants UAL Corporation and United Airlines, Inc.*

2

_____/s/_____
Roy A. Katriel (460840)
The Katriel Law Firm
1101 30th St., N.W. Suite 500
Washington, D.C. 20007
(202) 625-4342
*Counsel for Plaintiff Richard Dominguez*

**CERTIFICATE OF SERVICE**

I, John Roberti, an attorney, certify that on June 27, 2007, I caused a true and correct copy of the foregoing Joint Proposed Scheduling Order to be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel who have registered for receipt of documents filed in this manner.

_____/s/_____
John Roberti

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD DOMINGUEZ, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br>v.<br><br>UAL CORPORATION,<br><br>and<br><br>UNITED AIRLINES, INC.<br><br>Defendants. | Civil Action No. 07-CV-418 |

**SCHEDULING ORDER**

It is hereby ORDERED that:

    1.    Initial Disclosures:

    **Plaintiff's Proposal:** The parties will exchange initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure on or about 20 days after entry of this Scheduling Order.

    **Defendants' Proposal:** The parties will exchange initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure on or about 20 days after a ruling on Defendant's Motion to Dismiss the Complaint for Failure to State a Claim (the "Ruling").

    2.    Pre-Ruling Discovery:

    **Plaintiff's Proposal:** Non-party discovery (i.e., discovery propounded on third parties) shall commence ten (10) days following the entry of this Scheduling Order. The parties may propound document discovery requests on each other commencing ten (10) days following the

entry of this Scheduling Order, but no documents need actually be produced until after the Ruling. The parties, however, are still required to serve their objections to any propounded discovery within the normal discovery response time limits, and the parties are expected to meet and confer with respect to any asserted objections.

   **Defendants' Proposal:** All discovery shall be deferred until after the Ruling.

   3.   Discovery shall commence thirty (30) days after the Ruling. Class and merits discovery shall take place simultaneously.

   4.   Except as permitted by Fed. R. Civ. P. 15(b), any additional parties must be joined and any amendments to pleadings must be made within ninety (90) days after the commencement of discovery.

   5.   Class Certification:

   a) All motions for class certification shall be filed within one hundred twenty (120) days after the commencement of discovery.

   b) Plaintiff's opening expert affidavits on class certification issues shall be filed concurrently with Plaintiff's initial motion for class certification.

   c) Defendants shall submit their expert affidavits together with their opposition brief as to Plaintiff's motion for class certification, and that opposition brief shall be filed no later than forty-five (45) days after the filing of Plaintiff's motion for class certification.

   d) Plaintiff shall submit any rebuttal expert affidavits on class certification issues, as part of Plaintiff's reply brief in support of Plaintiff's motion for class certification, and Plaintiff's reply shall be filed within thirty (30) days after Defendants submit their class certification opposition brief.

   e) The parties may conduct expert depositions and expert discovery on class certification issues following the submission of any expert reports, and expert discovery shall close on the same date as Plaintiff's deadline to file his class

certification reply brief. Either party may, with the permission of the Court and for good cause, take expert discovery after the Plaintiff's deadline to file his class certification reply brief.

6. Fact discovery shall be completed by the six-month anniversary of the commencement of Discovery.

7. Expert Discovery:

a) Plaintiff shall submit any expert reports within thirty (30) days after the close of fact discovery.

b) Defendants shall submit any expert reports within sixty (60) days after Plaintiff's expert reports are submitted.

c) Plaintiff shall submit any rebuttal expert reports within thirty (30) days after Defendants' expert reports are submitted.

d) The deadline for the conclusion of all expert depositions shall be forty-five (45) days after Plaintiff's rebuttal reports are submitted.

8. Dispositive Motions:

a) Dispositive motions shall be served within thirty (30) days after the close of expert discovery.

b) An opposition to any dispositive motion shall be served within forty-five (45) days after service of the motion.

c) Reply papers on dispositive motions shall be served within thirty (30) days after service of the opposition.

9. A pretrial conference shall be held within thirty (30) days after disposition of any dispositive motions.

10. A trial date shall be determined at the pretrial conference.

4

      11.    Any party may apply to the Court for modification of or relief from the provisions of this Scheduling Order, for good cause shown.

Dated:

                                                          Hon. Richard J. Leon U.S.D.J.