UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUL 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **RICHARD DOMINGUEZ,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civ. Action No. 07cv418 (RJL) |
| **UAL CORP.,** *et al.* | ) |
| **Defendant.** | ) |

## SCHEDULING ORDER

Upon the Court's motion, it is, this 19th day of July, 2007, hereby

**ORDERED** that:

1. The parties will move for joinder of parties and amendment of the pleadings within thirty (30) days of the date of this order;

2. Plaintiff will submit all Rule 26(a) disclosures within sixty (60) days of the date of this order;

3. Defendant will submit all Rule 26(a) disclosures within ninety (90) days of the date of this order;

4. Plaintiff will submit all rebuttal Rule 26(a) disclosures within one hundred (100) days of the date of this order.

5. Discovery will close, a joint status report will be due, and a status conference will be held within one-hundred-eighty (180) days of the date of this order.

7. All dispositive motions are due within two hundred ten (210) days of the date of this order; and it is further



**ORDERED** that this schedule will not be changed except for good cause shown.

**SO ORDERED.**

/s/ Richard J. Leon
RICHARD J. LEON
United States District Judge