UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

RICHARD DOMINGUEZ, ON BEHALF  )
OF HIMSELF AND ALL OTHERS     )
SIMILARLY SITUATED,           )
                              )
                              )   Civil Action No. 07-cv-418
            Plaintiff,        )
                              )
      v.                      )
                              )
UAL CORPORATION,              )
                              )
and                           )
                              )
UNITED AIRLINES, INC.         )
                              )
            Defendants.       )
                              )

## UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING COURT'S RULING ON DEFENDANTS' MOTION TO DISMISS THE CLASS ACTION COMPLAINT

Pursuant to Civil Local Rule 7.1(a), Plaintiff Richard Dominguez ("Plaintiff") respectfully requests that this Court enter an Order staying all proceedings in the above-entitled action, other than the adjudication of Defendants' pending Motion to Dismiss the Class Action Complaint ("Motion to Dismiss"), until such time as the Court rules on Defendants' pending Motion to Dismiss. Doing so, will enhance judicial efficiency by, *inter alia*, deferring the expensive process of discovery until such time as the Court has had the opportunity to rule on the merits of Defendants' pending Motion to Dismiss. Defendants do not object to the granting of this requested relief and, in fact, have themselves moved for virtually the same relief by way of a Motion for Protective Order filed on November 8, 2007.

In support of this unopposed motion, Plaintiff states the following:

1. On March 2, 2007, Plaintiff filed a Class Action Complaint in this matter before this Court against Defendants UAL Corporation and United Airlines, Inc., alleging violations of the federal antitrust laws and the common law of unjust enrichment. The Class Action Complaint seeks to represent a class of purchasers of airline tickets for travel on United Airlines along the nonstop routes between the airports serving the Washington Metropolitan Area and the San Francisco Bay Area, as more fully defined in the Class Action Complaint.

2. On April 23, 2007, Defendants filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). Plaintiff timely opposed the motion on May 11, 2007 and requested oral argument with respect to the motion. Defendants filed their reply brief on May 24, 2007.

3. The Court has not yet issued a ruling on Defendants' pending Motion to Dismiss.

4. On July 23, 2007, while Defendants' Motion to Dismiss was still pending, the Court entered a Scheduling Order setting forth various deadlines for, *inter alia*, the exchange of initial disclosures and close of discovery in the instant action. Under the terms of the Court's Scheduling Order, discovery was to conclude within one hundred eighty (180) days of the July 23, 2007 entry of the Scheduling Order, and dispositive motions were to be filed no later than two hundred ten (210) days of the July 23, 2007 entry of the Scheduling Order.

5. On October 9, 2007, Plaintiff propounded on Defendants a set of written

discovery requests, and also was prepared to begin propounding discovery on third-parties. Plaintiff served the propounded discovery on Defendants' counsel by mail.

6. Shortly after Plaintiff served his discovery requests on Defendants and prior to the due date for Defendants' responses, Defendants' counsel met and conferred telephonically with Plaintiff's counsel in order to discuss whether it made sense to stay discovery and other proceedings in this matter until such time as the Court ruled on Defendants' pending Motion to Dismiss.

7. Because the parties were unable to reach complete agreement as to the terms of the relief sought by Defendants at that time, on November 8, 2007, Defendants filed a Motion for a Protective Order seeking to stay the proceedings in this action, including Defendants' obligation to respond to the discovery requests propounded by Plaintiff, until such time as the Court ruled on the pending Motion to Dismiss. Defendants have not responded to the discovery requests propounded by Plaintiff.

8. Following Defendants' filing of a Motion for a Protective Order, the parties continued to telephonically confer on the matter, leading to Plaintiff's filing of the instant Unopposed Motion.

9. By way of this Unopposed Motion, Plaintiff seeks to stay the proceedings in this action, other than the adjudication of the pending Motion to Dismiss, until such time as the Court rules on Defendants' pending Motion to Dismiss. Once the Court rules on the pending Motion to Dismiss, the parties will meet and confer with the aim of filing a revised proposed Scheduling Order, should one be necessary. Assuming the Court's ruling on the pending Motion to Dismiss the Class Action Complaint does not fully

dispose of the action, the parties will jointly file a Proposed Revised Scheduling Order within ten (10) days of the Court's ruling on the pending Motion to Dismiss.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order staying the proceedings in this action, other than the adjudication of the pending Motion to Dismiss, until such time as the Court rules on the pending Motion to Dismiss.

Dated: November 20, 2007                    Respectfully submitted,

/s/
Roy A. Katriel, Esq. (DC Bar 460840)
THE KATRIEL LAW FIRM
1101 30th Street, NW  Suite 500
Washington, DC 20007
Telephone: (202) 625-4342
Facsimile: (202) 330-5593
e-mail: rak@katriellaw.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD DOMINGUEZ, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>        Plaintiff,<br>v.<br><br>UAL CORPORATION,<br><br>and<br><br>UNITED AIRLINES, INC.<br><br>        Defendants. | Civil Action No. 07-cv-418 |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING COURT'S RULING ON DEFENDANTS' MOTION TO DISMISS THE CLASS ACTION COMPLAINT

IT IS HEREBY ORDERED AND ADJUDGED THAT all proceedings in this action, other than the adjudication of Defendants' pending Motion to Dismiss the Class Action Complaint ("Motion to Dismiss"), be stayed until such time as the Court enters a ruling on the pending Motion to Dismiss;

Following the Court's entry of an Order on the pending Motion to Dismiss, the parties will meet and confer with the aim of filing a Revised Proposed Scheduling Order, if necessary. If the Court's ruling on the pending Motion to Dismiss does not fully dispose of the instant action, the parties will jointly file a Revised Proposed Scheduling Order within ten (10) days of the entry of the Court's Order on the Motion to Dismiss.

IT IS SO ORDERED.

Dated: _____, 2007

_____
Hon. Richard J. Leon
United States District Judge

PARTIES TO BE NOTIFIED

Roy A. Katriel, Esq.
THE KATRIEL LAW FIRM
1101 30th Street, NW Suite 500
Washington, DC 20007
*Counsel for Plaintiff*


Gary B. Friedman, Esq.
Tracy Kitzman, Esq.
THE FRIEDMAN LAW GROUP, LLP
270 Lafayette Street, 14th Floor
New York, NY 10012
*Counsel for Plaintiff*


Richard J. Favretto, Esq.
John Roberti, Esq.
MAYER BROWN LLP
1909 K Street, NW
Washington, DC 20006
*Counsel for Defendants*