**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RICHARD DOMINGUEZ, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>UAL CORPORATION<br>1200 East Algonquin Road<br>Elk Grove Township, Illinois 60007<br><br>and<br><br>UNITED AIR LINES, INC.<br>1200 East Algonquin Road<br>Elk Grove Township, Illinois 60007,<br><br>　　　　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action: No. 1 :07CV00418 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' ANSWER
TO PLAINTIFF'S COMPLAINT**

Defendants UAL Corporation and United Air Lines, Inc. (hereinafter either "United" or "Defendants"), by and through its attorneys, hereby submits its Answer in response to Plaintiff Richard Dominguez's ("Plaintiff") Complaint in this matter.

**INTRODUCTION**

1. United denies the allegations in paragraph 1 of the Complaint.

2. United admits that it has a unilateral policy incorporated into the terms of sale for every ticket United sells prohibiting passengers from reselling their airline tickets. United denies the remaining allegations in paragraph 2 of the complaint.

3. United denies the allegations in paragraph 3 of the complaint.

4. United denies the allegations in paragraph 4 of the complaint.

**JURISDICTION AND VENUE**

5. Paragraph 5 of the Complaint states legal conclusions to which no answer is required. To the extent that an answer may be required, United denies the allegations in paragraph 5 of the complaint.

6. Paragraph 6 of the Complaint states legal conclusions to which no answer is required. To the extent that an answer may be required, United denies the allegations in paragraph 6 of the complaint.

7. Paragraph 7 of the Complaint states legal conclusions to which no answer is required. To the extent that an answer may be required, United denies the allegations in paragraph 7 of the complaint.

8. United admits that it sells airline tickets to Washington, D.C. residents. United denies the remaining allegations in paragraph 8 of the Complaint.

## PARTIES

9. United lacks knowledge or information sufficient to form a belief concerning the allegations in the first sentence of paragraph 9 of the Complaint and on that basis denies them. United denies the remaining allegations in paragraph 9 of the Complaint.

10. United admits that both UAL Corporation and United Air Lines, Inc. are corporations organized under the laws of the State of Delaware. United further admits that it emerged from Chapter 11 bankruptcy on February 1, 2006. United denies the remaining allegations in paragraph 10 of the Complaint.

## RELEVANT MARKETS

11. United admits that the relevant geographic market is worldwide. United denies the remaining allegations in paragraph 11 of the Complaint.

12. United denies the allegations in paragraph 12 of the Complaint.

13. United denies the allegations in paragraph 13 of the Complaint.

14. United denies the allegations in paragraph 14 of the Complaint.

## GENERAL FACTUAL ALLEGATIONS

15. United denies the allegations in paragraph 15 of the Complaint.

16. United admits that it has a unilateral policy incorporated into the terms of sale for every ticket United sells prohibiting passengers from reselling their airline tickets. United denies the remaining allegations in paragraph 16 of the complaint.

17. United denies the allegations in paragraph 17 of the Complaint..

18. United denies the allegations in paragraph 18 of the Complaint.

19. United denies the allegations in paragraph 19 of the Complaint.

20. United denies the allegations in paragraph 20 of the Complaint.

21. United denies the allegations in paragraph 21 of the Complaint.

22. United denies the allegations in paragraph 22 of the Complaint..

23. United denies the allegations in paragraph 23 of the Complaint.

24. United denies the allegations in paragraph 24 of the Complaint.

25. Paragraph 25 of the Complaint states legal conclusions to which no answer is required. To the extent that an answer may be required, United denies the allegations in paragraph 25 of the Complaint.

26. Paragraph 26 of the Complaint states legal conclusions to which no answer is required. To the extent that an answer may be required, United denies the allegations in paragraph 26 of the Complaint.

27. Paragraph 27 of the Complaint states legal conclusions to which no answer is required. To the extent that an answer may be required, United denies the allegations in paragraph 27 of the Complaint.

28. Paragraph 28 of the Complaint states legal conclusions to which no answer is required. To the extent that an answer may be required, United denies the allegations in paragraph 28 of the Complaint.

29. United denies the allegations in paragraph 29 of the Complaint.

30. United denies the allegations in paragraph 30 of the Complaint.

31. United denies the allegations in paragraph 31 of the Complaint.

**PLAINTIFF'S COUNT 1**

32. United repeats and reasserts the responses asserted in paragraphs 1 through 31 above as if fully set forth herein.

33. United denies the allegations in paragraph 33 of the Complaint.

34. United denies the allegations in paragraph 34 of the Complaint.

35. United denies the allegations in paragraph 35 of the Complaint.

36. United denies the allegations in paragraph 36 of the Complaint.

37. United denies the allegations in paragraph 37 of the Complaint.

38. United denies the allegations in paragraph 38 of the Complaint.

39. Paragraph 39 of the Complaint states legal conclusions to which no answer is required. To the extent that an answer may be required, United denies the allegations in paragraph 39 of the Complaint.

40. Paragraph 40 of the Complaint states legal conclusions to which no answer is required. To the extent that an answer may be required, United denies the allegations in paragraph 40 of the Complaint.

## COUNT II

41. United repeats and reasserts the responses asserted in paragraphs 1 through 40 above as if fully set forth herein.

42. United denies the allegations in paragraph 42 of the Complaint.

43. United denies the allegations in paragraph 43 of the Complaint.

44. United denies the allegations in paragraph 44 of the Complaint.

45. United denies the allegations in paragraph 45 of the Complaint.

46. Paragraph 46 of the Complaint states legal conclusions to which no answer is required. To the extent that an answer may be required, United denies the allegations in paragraph 46 of the Complaint.

47. Paragraph 47 of the Complaint states legal conclusions to which no answer is required. To the extent that an answer may be required, United denies the allegations in paragraph 47 of the Complaint.

## COUNT III

48. United repeats and reasserts the responses asserted in paragraphs 1 through 47 above as if fully set forth herein.

49. United lacks knowledge or information sufficient to form a belief on the allegations and statements in paragraph 49 of the Complaint and on that basis denies them.

50. United lacks knowledge or information sufficient to form a belief on the allegations and statements in paragraph 50 of the Complaint and on that basis denies them.

51. United denies the allegations in paragraph 51 of the Complaint.

52. United denies the allegations in paragraph 52 of the Complaint.

## PRAYER FOR RELIEF

53. United denies that Plaintiff is entitle to any relief whatsoever.

## FIRST AFFIRMATIVE DEFENSE

54. For a first affirmative defense, United alleges that the Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

55. For a second affirmative defense, United alleges that Plaintiff's claims are barred, in whole or in part, by the doctrine of estoppel and laches.

## THIRD AFFIRMATIVE DEFENSE

56. For a third affirmative defense, United alleges that Plaintiff's claims are pre-empted, in whole or in part, by the Airline Deregulation Act, 49 U.S.C. § 41713(b)(1).

## FOURTH AFFIRMATIVE DEFENSE

58. For a fourth affirmative defense, United alleges that one or more of Plaintiff's claims are barred by the fact that Plaintiff has pled the existence of a contract between himself and United.

WHEREFORE, United prays that judgment be entered dismissing the Complaint, together with costs and disbursements and such other relief as may be just and proper.

March 17, 2008

/s/ John Roberti
John Roberti (#76397)
Mayer Brown LLP
1909 K Street, NW
Washington, DC 20006
T: (202) 263-3000
F: (202) 263-3300

*Attorney for Defendants*
*UAL Corporation*
*United Air Lines, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of March, 2008, I caused a true and correct copy of the foregoing **DEFENDANTS UAL CORPORATION and UNITED AIR LINES, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT** to be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel who has registered for receipt of documents filed in this manner:

Roy A. Katriel
The Katriel Law Firm
1101 30th St., NW
Suite 500
Washington, DC 20007
(202) 625-4342

In addition, on this same date, I caused the above mentioned Answer to be served upon the following counsel of record via overnight delivery:

Gary B. Friedman
Tracy Kitzman
Friedman Law Group, LLP
270 Lafayette St, 14th Floor
New York, NY 10012
(212) 680-5150

/s/ John Roberti
John Roberti (#76397)