IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD DOMINGUEZ, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, </br></br>　　　　　Plaintiff,</br>　　v.</br></br>UAL CORPORATION,</br></br>and</br></br>UNITED AIRLINES, INC.</br></br>　　　　　Defendants. | Civil Action No. 1:07CV00418 (RJL) |

**PARTIES' JOINT PROPOSED SCHEDULING ORDER**

Pursuant to this Court's Order dated January 2, 2008, the parties to the above-entitled action, by and through their undersigned counsel, hereby submit the attached Joint Proposed Scheduling Order.

March 17, 2008

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ John Roberti
　　　　　　　　　　　　　　　　　　John Roberti (495718)
　　　　　　　　　　　　　　　　　　Mayer, Brown, Rowe & Maw LLP
　　　　　　　　　　　　　　　　　　1909 K St., NW
　　　　　　　　　　　　　　　　　　Washington, D.C. 20006
　　　　　　　　　　　　　　　　　　(202) 263-3000
　　　　　　　　　　　　　　　　　　*Counsel for Defendants UAL Corporation and United Airlines, Inc.*

　　　　　　　　　　　　　　　　　　/s/ Roy A. Katriel
　　　　　　　　　　　　　　　　　　Roy A. Katriel (460840)
　　　　　　　　　　　　　　　　　　The Katriel Law Firm
　　　　　　　　　　　　　　　　　　1101 30th St., N.W. Suite 500
　　　　　　　　　　　　　　　　　　Washington, D.C. 20007
　　　　　　　　　　　　　　　　　　(202) 625-4342
　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Richard Dominguez*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD DOMINGUEZ, ON BEHALF  )
OF HIMSELF AND ALL OTHERS     )
SIMILARLY SITUATED,           )
                              )
        Plaintiff,       )
   v.                       )
                              )
UAL CORPORATION,              )   Civil Action No. 1:07CV00418 (RJL)
                              )
and                           )
                              )
UNITED AIRLINES, INC.         )
                              )
        Defendants.      )
_____)

**SCHEDULING ORDER**

It is hereby ORDERED that:

    1.    Initial Disclosures.  The Parties have exchanged Initial Disclosures.

    2.    Class and merits discovery shall take place simultaneously.

    3.    Except as permitted by Fed. R. Civ. P. 15(b), any additional parties must be joined and any amendments to pleadings must be made on or before April 30, 2008.

    4.    Class Certification:

        a)  All motions for class certification shall be filed on or before July 7, 2008.

        b)  Plaintiff's opening expert affidavits on class certification issues shall be filed concurrently with Plaintiff's initial motion for class certification.

c) Defendants shall submit their expert affidavits on certification issues and file their opposition brief to Plaintiff's motion for class certification, and that opposition brief shall be filed no later than August 31, 2008.

d) Plaintiff shall submit any rebuttal expert affidavits on class certification issues as part of Plaintiff's reply brief in support of Plaintiff's motion for class certification, and Plaintiff's reply shall be filed on or before September 30, 2008.

e) The parties may conduct expert depositions and expert discovery on class certification issues following the submission of any expert reports, and expert discovery shall close on September 15, 2008. Either party may, with the permission of the Court and for good cause, take expert discovery thereafter.

5. Fact discovery shall be completed on or before August 31, 2008.

6. Expert Discovery:

a) Plaintiff shall submit any expert reports other than reports described in paragraph 4 ("Non-Class Expert Reports") on or before September 30, 2008.

b) Defendants shall submit any Non-Class Expert Reports on or before November 28, 2008.

c) Plaintiff shall submit any rebuttal Non-Class Expert Reports on or before January 7, 2009.

d) The deadline for the conclusion of all Non-Class Expert depositions shall be February 12, 2009.

7. Dispositive Motions:

a) Dispositive motions shall be served prior to October 14, 2008.

b) An opposition to any dispositive motion shall be served within forty-five (45) days after service of the motion.

  c) Reply papers on dispositive motions shall be served within thirty (30) days after service of the opposition.

 8. A pretrial conference shall be held within thirty (30) days after disposition of any dispositive motions.

 9. A trial date shall be determined at the pretrial conference.

 10. Any party may apply to the Court for modification of or relief from the provisions of this Scheduling Order, for good cause shown.

Dated:

              _____
               Hon. Richard J. Leon U.S.D.J.

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of March, 2008, I caused a true and correct copy of the foregoing **PARTIES JOINT PROPOSED SCHEDULING ORDER** to be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel who has registered for receipt of documents filed in this manner:

Roy A. Katriel
The Katriel Law Firm
1101 30th St., NW
Suite 500
Washington, DC 20007
(202) 625-4342

In addition, on this same date, I caused the above mentioned Scheduling Order to be served upon the following counsel of record via overnight delivery:

Gary B. Friedman
Tracy Kitzman
Friedman Law Group, LLP
270 Lafayette St, 14th Floor
New York, NY 10012
(212) 680-5150

/s/ John Roberti
John Roberti (#76397)