IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD DOMINGUEZ, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>UAL CORPORATION<br><br>and<br><br>UNITED AIRLINES, INC.<br><br>  Defendants | Civil Action No. 1:07CV00418 (RJL) |

**[PROPOSED] ORDER**

Upon consideration of the Defendants' Motion for Certification of the March 3, 2008 Order for Immediate Appeal Pursuant to 28 U.S.C. § 1292(b), it is hereby:

ORDERED that:

Defendants' Motion is Granted.

SO ORDERED:  _____
                          The Honorable Richard J. Leon

Date:

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of March, 2008, I caused true and correct copies of the foregoing **DEFENDANTS' MOTION FOR CERTIFICATION OF THE MARCH 3, 2008 ORDER FOR IMMEDIATE APPEAL PURSUANT TO 28 U.S.C. § 1292(b), DEFENDANTS' MEMORANDUM OF LAW** in support thereof, and a **PROPOSED ORDER** to be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel who has registered for receipt of documents filed in this manner:

Roy A. Katriel
The Katriel Law Firm
1101 30th St., NW
Suite 500
Washington, DC 20007
(202) 625-4342

In addition, on this same date, I caused the above mentioned Motion, Memorandum, and Proposed Order to be served upon the following counsel of record via overnight delivery:

Gary B. Friedman
Tracy Kitzman
Friedman Law Group, LLP
270 Lafayette St, 14th Floor
New York, NY 10012
(212) 680-5150

/s/ John Roberti
John Roberti (#76397)