# United States District Court
# For the District of Columbia

RICHARD DOMINGUEZ, on behalf of
himself and all others similarly situated,   )
                                             )
        Plaintiff(s)                )    **APPEARANCE**
                                             )
                                             )
        vs.                         )    CASE NUMBER   1:07CV00418 (RJL)
UAL CORPORATION                              )
and                                          )
UNITED AIR LINES, INC.                       )
        Defendant(s)                )


To the Clerk of this court and all parties of record:

Please enter the appearance of __Mark W. Ryan__ as counsel in this
                            (Attorney's Name)

case for: __UAL Corporation and United Air Lines, Inc.__
                    (Name of party or parties)


April 8, 2008
Date

                                  /s/ Mark W. Ryan
                                  Signature

359098                                        Mark W. Ryan
BAR IDENTIFICATION                            Print Name

                                              1909 K Street, NW
                                              Address

                                              Washington, D.C.   20006
                                              City        State    Zip Code

                                              202-263-3234
                                              Phone Number

April  10, 2008                                  Respectfully submitted,

                                                       UAL CORPORATION and
                                                       UNITED AIR LINES, INC.

                                    By:    <u>/s/ John Roberti</u>

                                                       John Roberti (#76397)
                                                       Mayer Brown LLP
                                                       1909 K Street, NW
                                                       Washington, DC 20006
                                                       T: (202) 263-3000
                                                       F: (202) 263-3300


                                                       *Attorney for Defendants*
                                                       *UAL Corporation*
                                                       *United Air Lines, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of April 2008, I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE** to be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel who has registered for receipt of documents filed in this manner:

Roy A. Katriel
The Katriel Law Firm
1101 30th St., NW
Suite 500
Washington, DC 20007
(202) 625-4342

In addition, on this same date, I caused the above mentioned Notice to be served upon the following counsel of record via overnight delivery:

Gary B. Friedman
Tracy Kitzman
Friedman Law Group, LLP
270 Lafayette St, 14th Floor
New York, NY 10012
(212) 680-5150

/s/ John Roberti
John Roberti (#76397)