IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD DOMINGUEZ, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

UAL CORPORATION

and

UNITED AIRLINES, INC.

    Defendants

Civil Action No. 1:07CV00418 (RJL)

## THE PARTIES FIRST SET OF STIPULATIONS

Plaintiff Richard Dominguez and Defendants UAL Corporation and United Air Lines, Inc. (collectively, "United") hereby admit, agree and stipulate as follows:

1. From February 2, 2006 to April 14, 2008, United's share of nonstop airline travel between the airports serving the Washington Metropolitan D.C. area (i.e. IAD, DCA, and BWI) and San Francisco Bay Area Airports (i.e. SFO, OAK, and SJC) was 80 percent.

2. No carrier offers nonstop airline travel between DCA and the San Francisco Bay Area Airports.

3. No carrier offers nonstop airline travel between BWI and SJC.

4. No carrier offers nonstop airline travel between BWI and OAK.

5. United offers daily one nonstop flight from BWI to SFO and one nonstop flight from SFO to BWI.

6. United offers daily one nonstop flight from IAD to SJC and one nonstop flight from SJC to IAD.

7. United offers daily nine nonstop flights from IAD to SFO and eight nonstop flights from SFO to IAD.

8. JetBlue Airways offers daily two nonstop flights from IAD to OAK and two nonstop flights from OAK to IAD.

9. Since February 13, 2008, Virgin America added two nonstop flights from IAD to SFO and three nonstop flights from SFO to IAD.

10. United's Contract of Carriage contains the following:

    "No person shall be entitled to transportation except upon presentation of a valid ticket. Such ticket shall entitle the passenger to transportation only between point of origin and destination, and via the routing designated thereon.

    A ticket which has not been validated, or which has been altered, mutilated or improperly issued, shall not be valid. EXCEPTION: Write-your-own type tickets will be honored for transportation without validation, provided the person issuing such tickets has a written agreement with the carrier setting forth accounting, reservations, and ticketing procedures.

    Tickets are not transferable, but UA is not liable to the owner of a ticket for honoring or refunding such ticket when presented by another person.

    The purchaser of a UA ticket and the passenger intending to use such ticket are responsible for ensuring that the ticket accurately states the passenger's name. Presentation of a ticket for transportation on UA by someone other than the passenger named thereon renders the ticket void. Such ticket will be subject to confiscation and will ineligible for any refund."

11. United's Contract of Carriage is incorporated by reference into each domestic ticket sold by United. This Contract of Carriage is available at http://www.united.com/ual/asset/COC10Apr08final.pdf. This Contract as of April 25, 2008 is attached as Exhibit A.

12. United's Contract of Carriage was drafted solely by or on behalf of United, with no input from Plaintiff or other United customers.

13. Southwest Airlines' Contract of Carriage is incorporated by reference into each ticket sold by Southwest. This Contract of Carriage is available at http://www.southwest.com/travel_center/coc.pdf. The Contract as of April 25, 2008 is attached as Exhibit B. In relevant parts the Contract states:

    "Tickets are not transferable unless specified thereon, but Carrier is not liable to the owner of a ticket for honoring or refunding such ticket when presented by another person."

14. JetBlue's Contract of Carriage is incorporated by reference into each ticket sold by JetBlue. This Contract of Carriage is available at http://www.jetblue.com/p/jetblue_coc.pdf. The Contract as of April 25, 2008 is attached as Exhibit C. In relevant part, the Contract states:

> "Name changes are only permitted in the case of refundable fares. All other reservations are non-transferable and non-assignable. Non-refundable fares may only be used by the Passenger named on the reservation at the time the reservation is made."

15. American Airlines Conditions of Carriage is incorporated by reference into each ticket sold by American Airlines. This Condition of Carriage is available at http://www.aa.com/aa/i18nForward.do?p=/customerService/customerCommitment/conditionsOfCarriage.jsp. The Condition of Carriage as of April 25, 2008 is attached as Exhibit D. In relevant part, the Condition states:

> "A valid ticket must be presented for transportation. Flight coupons of a ticket will be honored only in the order in which they are issued. Unused flight coupons must be presented attached to the passenger receipt coupon, if a paper ticket. American has the right, in its sole discretion, to confiscate any ticket that has been altered, mutilated, or improperly issued or which has been improperly presented or presented by someone other than the passenger named on the ticket.

> Tickets are valid for use, reissue or refund only by the passenger named on the ticket. Unless otherwise indicated, tickets are not transferable. American is not liable to the owner of a ticket for honoring or refunding a ticket presented by another person."

16. Continental Airlines' Contract of Carriage is incorporated by reference into each ticket sold by Continental. This Contract of Carriage is available at http://www.continental.com/web/en-US/content/co_contract_of_carriage.2008031001.pdf. The Contract as of April 25, 2008 is attached as Exhibit E. In relevant part, the Contract states:

> "Tickets are not transferable unless otherwise stated on the Ticket at the time it was issued. CO is not liable to the owner of a ticket for honoring or refunding such ticket when presented by another person. If a Ticket is in fact used by an unauthorized person with or without the knowledge or consent of the person to whom the Ticket was issued, CO will not be liable for the destruction, damage, or delay of such unauthorized person's baggage or other personal property, or for the death or injury of such unauthorized person arising from or in connection with such unauthorized use. As used herein, "unauthorized person", means any person other than the person to whom the ticket is issued and who is entitled to be transported or to a refund in accordance with the rules in this Contract of Carriage"

17. Delta's Domestic General Rules Tariff is incorporated by reference into each ticket sold by Delta. This General Rules Tariff is available at https://a248.e.akamai.net/7/248/19260/v1/images.delta.com/delta/pdfs/contract_of_carriage_dom.pdf. The Tariff as of April 25, 2008 is attached as Exhibit F. In relevant part, the Tariff states:

"Tickets are not transferable, but the carrier is not liable to the owner of a ticket for honoring or refunding such ticket when presented by another person."

18. Frontier's Contract of Carriage is incorporated by reference into each ticket sold by Frontier. This Contract of Carriage is available at http://www.frontierairlines.com/frontier/pdf/Contract_of_Carriage.pdf. The Contract as of April 25, 2008 is attached as Exhibit G. In relevant part the Contract states:

"A ticket is not transferable to another person. Frontier will not be liable to the person(s) entitled to transportation or refund if someone other than the person whose name appears on the ticket uses the ticket. Presentation of ticket by someone other than the named passenger renders the ticket void. The ticket is subject to confiscation and is ineligible for refund. If any other person uses the ticket, Frontier will carry no liability for baggage, personal injury or death of the unauthorized user."

19. Northwest Airlines' Domestic General Rules is incorporated by reference into each ticket sold by Northwest. The General Rules is available at http://www.nwa.com/plan/contract2.pdf. The Rules as of April 25, 2008 is attached as Exhibit H. In relevant parts, the Rules state:

"A ticket which has not been validated or which has been altered, mutilated or improperly issued shall not be valid. EXCEPTION: Write-your-own type tickets will be honored for transportation without validation, provided the person issuing such tickets has a written agreement with the carrier setting forth accounting, reservations and ticketing procedures.

Tickets may be purchased by credit, installment, or time payment plans in effect.

The purchaser of a NW ticket and the passenger intending to use such ticket are responsible for ensuring that the ticket accurately states the passenger's name. Presentation of a ticket for transportation on NW by someone other than the passenger named thereon renders the ticket void. Such ticket will be subject to confiscation and will be ineligible for any refund.

Tickets are not transferable. Furthermore, NW is not liable to the owner of a ticket when presented by another person for honoring or refunding."

20. US Airways' Terms of Transportation is incorporated by reference into each ticket sold by US Airways. The Terms of Transportation is available at http://www.usairways.com/pv_obj_cache/pv_obj_id_9EA24D5B93D831703EECB096363E735D720E0300/filename/US_contract_of_carriage.pdf. The Terms as of April 25, 2008 is attached as Exhibit I. In relevant part the Terms of Transportation states:

"Tickets are not transferable unless otherwise specified. US Airways is not liable to the owner of a nontransferable ticket for honoring such ticket when presented by another person."

21. Virgin America's Fare Rules is incorporated by reference into each ticket sold by Virgin America. This Fare Rules is available at http://virginamerica.custhelp.com/cgi-bin/virginamerica.cfg/php/enduser/std_adp.php?p_faqid=42&p_created=1164397214&p_sid=4T68vg1j&p_accessibility=0&p_redirect=&p_lva=&p_sp=cF9zcmNoPTEmcF9zb3J0X2J5PSZwX2dyaWRzb3J0PSZwX3Jvd19jbnQ9MTksMTkmcF9wcm9kcz0wJnBfY2F0cz0mcF9wdj0mcF9jdj0mcF9wYWdlPTEmcF9zZWFyY2hfdGV4dD1mYXJlIHJ1bGVz&p_li=&p_topview=1. The Fare Rules as of April 25, 2008 is attached as Exhibit J. In relevant part, the Fare Rules states:

> "All fares are sold on a per-person, one-way, non-transferable, non-refundable basis."

22. Alaska Airlines' Domestic Contract of Carriage is incorporated by reference into each ticket sold by Alaska Airlines. This Contract of Carriage is available at http://www.alaskaair.com/as/www2/company/tariff/domestic/tariff_domestic_toc.asp. The Contract as of April 25, 2008 is attached as Exhibit K. In relevant part, the Contract states:

> "No person shall be entitled to transportation except upon presentation of a valid ticket. Such ticket shall entitle the passenger to transportation only between points of origin and destination and via the routing designated thereon.
>
> Flight coupons will be honored only in the order in which they are issued, and only if all unused flight coupons and passenger coupons are presented together.
>
> A ticket which had not been validated, or which has been altered, mutilated or improperly issued, shall not be valid.
>
> Tickets are not transferable but AS is not liable to the owner of a ticket for honoring or refunding such ticket when presented by another person."

23. AirTran Airways' website states as follows:

> "A $75 fee per person applies to any change made after purchase, plus any applicable increase in airfare. Business class tickets (A and J fare classes only; not including promotional fares) are fully refundable and no fee applies to changes.
>
> Cancellations must be made at least one hour prior to departure or customer forfeits the reservation and any monies paid against the reservation. This reservation is non-transferable – no name changes allowed.

This statement is available at http://www.airtran.com/faq/q/what_are_the_terms_and_conditions_when_purchasing_tickets.aspx?tt=Reservations+-+General+Information&rt=index_faqs&nav_id=85. The statement as of April 25, 2008 is attached as Exhibit L.

24. Midwest Airlines' Contract of Carriage is incorporated by reference into each ticket sold by Midwest Airlines. This Contract of Carriage is available at http://www.mid

westairlines. com/MAWeb/assets/pdfs/contractOfCarriage.pdf.  The Contract as of April 25, 2008 is attached as Exhibit M.  In relevant part the Contract states:

> "Name Change – A $50 fee per ticket will be assessed for a name change.  If an itinerary change occurs at the same time as a name change, the applicable change fee applies in addition to the name change fee."

Midwest Airlines' website also states as follows:

> "Name changes are allowed on wholly unused tickets for a $100 fee.  Requests must be made in writing and signed by the original traveler or purchaser. The letter along with photo ID must be presented at the airport on the day of travel.  This policy does not apply to codeshare flights, bulk fare tickets or Web fare tickets."

This statement is available at http://www.midwestairlines.com/MAWeb/travelPlanner/travelPolicies/fareTypes.aspx.  This statement as of April 25, 2008 is attached as Exhibit N.

25. If a passenger fails to present identification that matches the name on the ticket the passenger presents, federal regulations relating to passenger security require additional security screenings of a passenger who fails to present identification matching the name on the ticket.

26. These stipulations are agreed to, submitted and ordered for the sole purpose of narrowing the issues in this litigation and, pursuant to Federal Rules of Civil Procedure Rule 36, shall not be used, admitted or otherwise considered in any other matter.

Date: May 6, 2008

Respectfully submitted,

/s/ John Roberti
John Roberti (#76397)
Mayer Brown LLP
1909 K Street, NW
Washington, DC 20006
T: (202) 263-3000
F: (202) 263-3300

*Attorney for Defendants*
*UAL Corporation and*
*United Air Lines, Inc.*

/s/ Roy A. Katriel
The Katriel Law Firm
1101 30th St., NW
Suite 500
Washington, DC 20007
(202) 625-4342

*Attorney for Plaintiff Richard Dominguez*

So Ordered: _____

U.S. District Judge Richard Leon

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 6th of May, 2008, I caused a true and correct copy of the foregoing **PARTIES FIRST SET OF STIPULATIONS** to be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel who has registered for receipt of documents filed in this manner:

Roy A. Katriel
The Katriel Law Firm
1101 30th St., NW
Suite 500
Washington, DC 20007
(202) 625-4342

In addition, on this same date, I caused the above mentioned Stipulations to be served upon the following counsel of record via overnight delivery:

Gary B. Friedman
Tracy Kitzman
Friedman Law Group, LLP
270 Lafayette St, 14th Floor
New York, NY 10012
(212) 680-5150

/s/ John Roberti
John Roberti (#76397)