UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD DOMINGUEZ, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiff,<br>  v.<br><br>UAL CORPORATION,<br><br>and<br><br>UNITED AIR LINES, INC.<br><br>    Defendants. | **Civil Action No. 07-cv-418** |

## STIPULATION AND PROPOSED ORDER TO AMEND SCHEDULING ORDER

WHEREAS, on July, 23 2007, the Court entered a Scheduling Order in this action;

WHEREAS, the parties, through their undersigned counsel, have met and conferred in attempts to streamline discovery and other pretrial matters;

WHEREAS, the parties have attended multiple Status Conferences before the Court, in which the Court expressed its willingness to alter its initial Scheduling Order in order to accommodate reasonable discovery and other pretrial developments warranted by the case;

WHEREAS, following the initial Status Conference, the parties have met and conferred, and agreed to amend the initial Scheduling Order in the manner set forth below, subject to Court approval;

The parties HEREBY STIPULATE AND AGREE, subject to Court approval, to amend the current Scheduling Order as follows:

1. All discovery of parties shall be completed on or before October 1, 2008, unless good cause for additional discovery is shown.

2. Plaintiff shall serve his expert reports on all matters other than damages no later than October 6, 2008.

3. Defendants shall serve their expert reports on all matter other than damages no later than November 14, 2008.

4. Plaintiff shall serve any rebuttal reports on all matters other than damages no later than December 15, 2008.

5. All non-party discovery shall close on January 16, 2009.

6. Plaintiff shall file his motion for class certification no later than January 30, 2009.

7. Defendants' opposition to plaintiff's motion for class certification shall be filed no later than March 20, 2009.

8. Plaintiff's class certification reply brief shall be filed no later than April 20, 2009.

9. Plaintiff shall serve any expert report on the issue of damages no later than February 2, 2009.  Defendants shall serve any expert report on the issue of damages no later than March 9, 2009, and plaintiff shall serve any rebuttal expert report on the issue of damages no later than April 6, 2009.

10. Dispositive motions based on any issue(s) other than damages may be brought at any time prior to January 30, 2009. If brought prior to the close of discovery the Court

may, in its discretion, impose a stay of discovery pending the outcome of the dispositive motion.

11. Any opposition to dispositive motions that were filed by January 30, 2009, shall be filed no later than 45 days from the date of the filing of the motion.

12. Any reply in support of a dispositive motion that was filed by January 30, 2009 shall be filed no later than 30 days after the filing of the opposition brief.

13. If necessary, the parties will meet and confer following the submission of the foregoing summary judgment briefing, as to a proposed trial schedule and/or any further summary judgment briefing schedule limited to the issue of damages.

Dated: August 26, 2008

Respectfully submitted,

| | |
|---|---|
| /s/ Roy A. Katriel | /s/ John Roberti |
| Roy A. Katriel, Esq. (DC Bar 460840) | John Roberti (DC Bar No. 495718) |
| THE KATRIEL LAW FIRM | MAYER BROWN LLP |
| 1101 30th Street, NW  Suite 500 | 1909 K Street, NW |
| Washington, DC 20007 | Washington, DC 20006 |
| Telephone: (202) 625-4342 | Telephone: (202) 263-3000 |
| e-mail: rak@katriellaw.com | e-mail: jroberti@mayerbrown.com |
| *Counsel for Plaintiff* | *Counsel for Defendants UAL Corporation and United Air Lines, Inc.* |

**IT IS SO ORDERED.**

Dated:_____, 2008                    _____
                                                Hon. Richard J. Leon,
                                                United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of August, 2008, I caused a true and correct copy of the foregoing **STIPULATION AND PROPOSED ORDER TO AMEND SCHEDULING ORDER** to be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel who has registered for receipt of documents filed in this manner:

Roy A. Katriel
The Katriel Law Firm
1101 30th St., NW
Suite 500
Washington, DC 20007
(202) 625-4342

In addition, on this same date, I caused the above mentioned Stipulation and Proposed Order to Amend Scheduling Order to be served upon the following counsel of record via overnight delivery:

Gary B. Friedman
Tracy Kitzman
Friedman Law Group, LLP
270 Lafayette St, 14th Floor
New York, NY 10012
(212) 680-5150

/s/ John Roberti
John Roberti (#76397)