**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RICHARD DOMINGUEZ, on behalf of himself and all others similarly situated, | |
| Plaintiff, | |
| v. | Civil Action No. 1:07CV00418 (RJL) |
| UAL CORPORATION | **ORAL ARGUMENT REQUESTED** |
| and | |
| UNITED AIR LINES, INC., | |
| Defendant. | |

<u>**DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF
MR. NOVAK NIKETIC**</u>

Defendants UAL Corporation and United Air Lines, Inc. (collectively, "United"),

respectfully move this Court pursuant to Federal Rule of Evidence 702 to: (a) exclude the

evidence, opinions and testimony of Mr. Novak Niketic; and (b) bar Plaintiff from making

reference to any of said evidence, opinions and testimony.  In support thereof, Defendants state

as follows:

1.      Plaintiff has proffered the testimony of Mr. Novak Niketic as an expert in airline

reservation systems to suggest how United can modify its reservations system, the Apollo ARS

("Apollo"), to facilitate the resale of United tickets.

2.      Mr. Niketic is not qualified to testify as an expert about how United could modify

Apollo because he knows little or nothing about Apollo or United's reservations enterprise.

3.      Plaintiff conducted no relevant fact discovery and Mr. Niketic did no

investigation into how Apollo actually works, or how it can be modified.  Instead, Mr. Niketic

simply assumed that modifying Apollo would be as simple as modifying AirKiosk.

1

4.      Because Mr. Niketic is not qualified to testify as an expert on Apollo and his opinions are based on speculation and assumptions about Apollo rather than an actual understanding and knowledge about Apollo, his testimony should be excluded as failing to meet the threshold requirement of *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) and its progeny.

5.      In further support of this Motion, Defendants incorporate by reference as if fully set forth herein, the Memorandum of Points and Authorities in Support of Defendants' Motion To Exclude the Testimony of Mr. Novak Niketic, which Defendants are filing contemporaneously with this Motion.

WHEREFORE, Defendants respectfully request that the Court: (a) grant Defendants' request for an oral hearing on this motion; (b) grant Defendants' Motion to Exclude the Testimony of Mr. Novak Niketic; (c) bar Plaintiff from making reference to any of said evidence, opinions and testimony; and (d) provide Defendants with such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated:  October 30, 2009

/s/ John Roberti
John Roberti  (D.C. Bar No. 495718)
Grace H. Kwon (D.C. Bar No. 984131)
Jasmin Sethi*
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC  20006
(202) 263-3000
(202) 263-3300 (facsimile)
jroberti@mayerbrown.com
gkwon@mayerbrown.com
jsethi@mayerbrown.com
*Admitted *Pro Hac Vice*

*Counsel for Defendants UAL Corporation and United Air Lines, Inc.*

2

## **STATEMENT OF DUTY TO CONFER**

Pursuant to Local Rule 7(m), undersigned counsel hereby certifies to the Court that on October 5, 2009 and October 7, 2009, I conferred with Plaintiff's counsel, Roy Katriel, concerning the relief requested in this motion.  Mr. Katriel indicated that Plaintiff opposes this motion.

/s/ John Roberti
John Roberti (#495718)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of October, 2009, I caused a true and correct copy of the foregoing DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF MR. NOVAK NIKETIC to be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsels who have registered for receipt of documents filed in this manner:

Roy A. Katriel
THE KATRIEL LAW FIRM, PLLC
1101 30th Street, NW
Suite 500
Washington, D.C.  20007-3772
Tel: (202) 625-4342

Aaron D. Patton
FRIEDMAN LAW GROUP, L.L.P.
270 Lafayette Street
14th Floor
New York, NY  10012
Tel: (212) 680-5150

Gary B. Friedman
FRIEDMAN LAW GROUP, L.L.P.
270 Lafayette Street
14th Floor
New York, NY  10012
Tel: (212) 680-5150

Gregory J. Hubachek
GREGORY J. HUBACHEK, L.L.C.
242B Keyser Avenue
PMB #105
Natchitoches, LA  71457
Tel: (504) 838-8863

/s/ John Roberti
John Roberti (#495718)